# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:06-cv-513

| | |
|---|---|
| TEKSYSTEMS, INC, | ) |
|     Plaintiff, | )     **ORDER** |
| v. | ) |
| BRYAN HOWLIN, | ) |
|     Defendant. | ) |

On April 11, 2007, the Court issued a Consent Order (Doc. No. 13) in the above matter, which included an Injunction to remain in effect until May 26, 2008. The pending motions were thus terminated.

As no further issues are before the Court for its consideration, the Court directs the Clerk of Court to close the case file. **THEREFORE, IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice.

Signed: May 28, 2008

Robert J. Conrad, Jr.
Chief United States District Judge